# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Christopher Habersham, III,<br>*Petitioner*<br>v.<br>U.S. Marshal Task Force; North Charleston Police Department; Charleston County Sheriff's Office,<br>*Respondents* | Civil Action No.  1:19-01981-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Christopher Habersham, III, shall take nothing of the respondents, U.S. Marshal Task Force, North Charleston Police Department and Charleston County Sheriff's Office, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: September 20, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*